**JUDGE THARP JR.**
**MAGISTRATE JUDGE COLE**
**22CR472**

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | GABRIEL A. FUENTES |
|---|---|---|---|
| **CASE NUMBER** | 20 GJ 1251 | **DATE** | 22 SEPTEMBER 2022 |
| **CASE TITLE** | U.S. v. JAMES SAJDAK | | |

**DOCKET ENTRY TEXT**  **UNDER SEAL**

### Grand Jury Proceeding

The Grand Jury for SPECIAL JULY 2021 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

---

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY'S ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE THE ARRAIGNMENT OF THE ARRESTED DEFENDANTS.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT ONE (1) ELECTRONIC COPY OF THE INDICTMENT BE PROVIDED VIA EMAIL TO AUSA ALEXANDRA MORGAN (ALEXANDRA.MORGAN@USDOJ.GOV), AND TO FBI SPECIAL AGENT ALLYSHA ADKINS (AADKINS@FBI.GOV).

THIS INFORMATION IS TO REMAIN SEALED UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                          UNDER SEAL)

Courtroom Deputy Initials: 

Page 1 of 1



FILED SMB
9/22/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT