# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 22 CR 472 |
| | ) | Magistrate Judge Susan E. Cox |
| James Sajdak | ) | |
| Defendant. | ) | |

**ORDER**

Arraignment proceedings held. Defendant acknowledges receipt of the Indictment, waives formal reading and enters a plea of not guilty to each count in which he is named. Status hearing set for 10/12/2022 at 9:00 a.m. before Judge Tharp. The format for that hearing will be determined by separate order from Judge Tharp. The setting of a pretrial motion schedule is hereby deferred until the 10/12/2022 status hearing. The Government and defendant agree to certain conditions of Release. Enter Order Setting Conditions of Release. Time is excluded in the interest of justice from 09/28/2022 to and including 10/12/2022 pursuant to 18 U.S.C 3161(h)(7)(B)(iv) in order to allow reasonable time for effective preparation. Defendant shall report to the United States Marshals Service within 24 hours for processing and shall be released in accordance with the Order Setting Conditions of Release entered by this Court today, 09/28/2022.The Government's oral motion to unseal this case in its entirety is granted. The Clerk's Office is hereby directed to unseal this case forthwith. (X-T)

(00:15)

Entered: 09/28/2022

_____
SUSAN E. COX , US MAGISTRATE JUDGE